IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK R. CUKER and GERALD J. WILLIAMS,
     *Plaintiffs*,

v.

ESTHER E. BEREZOFSKY,
     *Defendant.*

: CIVIL NO. 24-0471

## ORDER

**AND NOW**, this **18th** day of **March 2025**, upon consideration of Plaintiffs' Motion to confirm an arbitration award (ECF No. 6), Defendant's Motion to vacate or modify an arbitration award (ECF No. 9), and Plaintiffs' Motion for Rule 11 sanctions (ECF No. 10), and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED**:

1. Plaintiffs' Motion to confirm (ECF No. 6) is **GRANTED**;
2. Defendant's Motion to vacate or modify (ECF No. 9) is **DENIED**;
3. Plaintiffs' Motion for sanctions (ECF No. 10) is **DENIED**;
4. **JUDGMENT** is entered in favor of the Plaintiffs and against the Defendant for the reasons detailed in the Arbitration Panel's final rulings; and
5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**