IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK R. CUKER AND GERALD J. WILLIAMS,<br>*Plaintiffs*,<br><br>v.<br><br>ESTHER E. BEREZOFSKY,<br><br>*Defendant.* | :<br>:<br>:<br>:<br>: CIVIL NO. 24-0471<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this **1st** day of **MAY 2025**, upon consideration of Plaintiffs' Motion to Alter Judgment (ECF No. 18), Defendant's Cross-Motion to Alter Judgment (ECF No. 19), and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED**:

1. Plaintiffs' Motion to Alter Judgment (ECF No. 18) is **GRANTED IN PART** to include pre- and post-judgment interest and is **DENIED IN PART** to exclude court costs.

2. Defendant's Cross-Motion to Alter Judgment (ECF No. 19) is **GRANTED.**

3. The Court's prior Order (ECF No. 17) is **AMENDED** by adding the following paragraphs:

    It is **ORDERED** that the original award to Plaintiffs Cuker and Williams is modified by adding pre-judgment interest at the rate of 6 percent annually for the period from January 30, 2024 to March 18, 2025 for a total judgment of $364,104.89. It is further **ORDERED** that, pursuant to 28 U.S.C. § 1961(a), post-judgment interest will accrue at the rate of 4.09 percent annually, which amounts to $40.80 per day.

    It is also **ORDERED** that the original award to Defendant Berezofsky is modified by adding pre-judgment interest at the rate of 6 percent annually for the period from January 30, 2024 to March 18, 2025 for a total judgment of $35,591.09. It is further **ORDERED** that, pursuant to 28 U.S.C. § 1961(a), post-judgment interest will accrue at the rate of 4.09 percent annually, which amounts to $4.78 per day.

BY THE COURT:

*signature*

HON. KAI N. SCOTT
United States District Court Judge