IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK R. CUKER AND GERALD J. WILLIAMS, | : |
| *Plaintiffs,* | : |
| | : |
| v. | : CIVIL NO. 24-0471 |
| | : |
| ESTHER E. BEREZOFSKY, | : |
| | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this **1st** day of **May 2025**, upon consideration of Defendant's Motion to Stay Pending Appeal of Monetary Judgment and Waiver or Reduction of Bond (ECF No. 30), and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge